■ The People of the State of New York, Respondent, v Jelani Barro, Appellant. [39 NYS3d 790]—Judgment, Supreme Court, New York County (Larry R.C. Stephen, J.), rendered January 17, 2014, convicting defendant, upon his plea of guilty, of operating a motor vehicle while under the influence of alcohol or drugs, and sentencing him to a conditional discharge for a period of 3 years and a $1,000 fine, unanimously affirmed.

Defendant's ineffective assistance of counsel claim based on his counsel's failure to challenge the use of an out-of-state conviction to elevate a misdemeanor to a felony charge is unreviewable on direct appeal, because the record does not explain counsel's reasons for declining to raise such a challenge (*see People v Diaz*, 115 AD3d 483, 484 [1st Dept 2014], *lv denied* 23 NY3d 1036 [2014]; *People v Rincon*, 62 AD3d 574, 575 [1st Dept 2009], *lv denied* 13 NY3d 748 [2009]). Thus, since defendant has not filed a CPL 440.10 motion, the merits of the ineffectiveness claims may not be addressed on appeal. Alternatively, to the extent the record permits review, we find that defendant received effective assistance under the state and federal standards (*see People v Benevento*, 91 NY2d 708, 713-714 [1998]; *Strickland v Washington*, 466 US 668 [1984]). Concur—Friedman, J.P., Renwick, Feinman, Gische and Kapnick, JJ.